WILLIAM MURPHY, Respondent, *v.* THE BROADWAY AND
SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued January 18, 1893; decided February 7, 1893.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
January 12, 1892, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and affirmed an order deny-
ing a motion for a new trial.

*Winthrop Bronson* for appellant.

*Warren S. Burt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  _____

CHARLES SWEENEY, Respondent, *v.* THE CITY OF BUFFALO,
Appellant.

(Argued January 19, 1893; decided February 7, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made January 22, 1892, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*W. F. Mackey* for appellant.

*John Cunneen* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  _____